UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| S.P.A.,<br><br>              Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>              Defendants. | CASE NO. C12-5887 BHS<br><br>ORDER DENYING DEFENDANTS' MOTION TO FILE THIRD PARTY MEDICAL RECORDS UNDER SEAL |

    This matter comes before the Court on Defendants' motion to file medical records under seal (Dkt. 29). The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

    On June 16, 2013, Defendants filed the instant motion requesting that Plaintiff's mother's medical records be filed under seal. Dkt. 31–1. On June 26, 2013, Plaintiff responded and opposed a "blanket order sealing all of her mother's health care information . . . ." Dkt. 32. On this point, the Court agrees with Plaintiff because blanket orders to seal are disfavored. Although medical records contain information that would

ORDER - 1

1  most likely meet the burden for filing under seal, the Court is unable to issue such an
2  order without having the specific documents to evaluate.  Moreover, Plaintiff claims that
3  some of the medical history has already been made public during prior court proceedings
4  and sealing in this Court would not be justified.  Dkt. 32 at 3.  Therefore, the Court
5  **DENIES** Defendants' motion for a blanket order to seal the medical records in question.
6  Nothing in this order precludes Defendants from requesting that, upon a proper showing,
7  specific documents be filed under seal.
8         Dated this 9th day of July, 2013.

				BENJAMIN H. SETTLE
				United States District Judge